UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| David Reaves, Trustee for Bankruptcy Estate of Preston and Elizabeth Stage,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>Taurus International Manufacturing, Inc., a Florida corporation,<br><br>　　　　　　　　　Defendant. | NO. CV11-0936 PHX DGC<br><br>**VERDICT FORM** |

1.　Plaintiff's claim for product liability:

　　Do you find Defendant Taurus International Manufacturing, Inc. ("TIMI") liable to Plaintiff for product liability?

　　　Yes _____　　　No ___X___

2.　Plaintiff's claim for negligence:

　　Do you find Defendant TIMI liable to Plaintiff for negligence?

　　　Yes _____　　　No ___X___

　　<u>Note</u>: If your answers to Questions 1 and 2 are "no," please do not complete any other questions in this verdict form. Instead, have your foreperson sign and date the form on the next page and advise the Court that you have completed your deliberations. If your answer to either Question 1 or Question 2 is "yes," please complete the questions on the next page.

3. Damages related to Preston Stage:

If your answer to either Question 1 or Question 2 is "yes," please indicate the amount of damages, if any, you award for injuries to Preston Stage:

$ _____

4. Damages related to Elizabeth Stage:

If your answer to either Question 1 or Question 2 is "yes," please indicate the amount of damages, if any, you award for injuries to Elizabeth Stage:

$ _____

5. Percentages of fault:

If your answer to either Question 1 or Question 2 is "yes," and if you find that Preston Stage, Kevin Stage, or Dakota Ammo, Inc. was also at fault for the injuries to Preston Stage and Elizabeth Stage, please indicate the percentages of fault you assign to each person or entity you find to be at fault. Your percentages must total 100%.

| | |
|---|---|
| Taurus International Manufacturing, Inc. | _____% |
| Kevin Stage | _____% |
| Preston Stage | _____% |
| Dakota Ammo, Inc. | _____% |
| TOTAL | 100% |

Dated: _Oct 14/2012_                    _[signature]_ 3
                                                            Jury Foreperson Number